Hon. Franklin D. Burgess
September 23, 2005
WITHOUT ORAL ARGUMENT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHELLY REED,

    Plaintiff,

  v.

CORINTHIAN COLLEGES, INC., a Delaware corporation, doing business in Washington as BRYMAN COLLEGE,

    Defendant.

NO. C05-5601FDB

STIPULATED ORDER GRANTING DEFENDANT ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**NOTE ON MOTION CALENDAR:
September 23, 2005**

I. <u>STIPULATION</u>

COME NOW Plaintiff and Defendant, through their undersigned counsel of record, and hereby stipulate that:

1. Defendant's response to Plaintiff's Complaint currently must be filed on or before September 23, 2005;

2. The Parties are currently attempting to reach an agreement whereby Plaintiff would agree to submit her claims for arbitration and dismiss this current matter but both Parties need additional time to consider this issue; and

3. The amount of time Defendant has to respond to Plaintiff's Complaint should be extended until Friday, September 30, 2005.

STIPULATED ORDER GRANTING DEFENDANT ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 1
(C05-5601FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1748436.1

1  RESPECTFULLY SUBMITTED this 23rd day of September, 2005.

2

3  By _____          By s/Randy J. Aliment_____
      Nigel Malden, WSBA #15643                   Randy J. Aliment, WSBA #11440
4  Attorneys for Plaintiffs                                    Lisa C. Williams, WSBA #35446
   Davies Pearson, PC                                          Attorneys for the School
5  920 Fawcett                                                 Williams, Kastner & Gibbs PLLC
   Tacoma, WA  98401                                           601 Union Street, Suite 4100
6  Telephone:  (253) 620-1500                                  Seattle, WA  98101-2380
   Fax:  (253) 572-3052                                        Telephone:  (206) 628-6600
7  E-mail: nmalden@dpearson.com                                Fax:  (206) 628-6611
                                                               E-mail: raliment@wkg.com
8                                                              E-mail: lwilliams@wkg.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED ORDER GRANTING DEFENDANT ADDITIONAL          **Williams, Kastner & Gibbs PLLC**
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 2            1301 A Street, Suite 900
(C05-5601FDB)                                           Tacoma, Washington 98402-4200
                                                        (253) 593-5620 (Tacoma)
                                                        (206) 628-2420 (Seattle)

1748436.1

## II. ORDER

THIS MATTER having come before the Court on the foregoing Stipulation of the Parties, and the Court finding good cause, now, therefore, it is hereby ORDERED as follows:

The amount of time Defendant has to respond to Plaintiff's Complaint shall be extended until Friday, September 30, 2005.

DONE this 28th day of September 2005.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

| | |
|---|---|
| By_____<br>Nigel Malden, WSBA #15643<br>Attorneys for Plaintiffs<br>Davies Pearson, PC<br>920 Fawcett<br>Tacoma, WA  98401<br>Telephone:  (253) 620-1500<br>Fax:  (253) 572-3052<br>E-mail: nmalden@dpearson.com | s/Randy J. Aliment_____<br>Randy J. Aliment, WSBA #11440<br>Lisa C. Williams, WSBA #35446<br>Attorneys for the School<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA  98101-2380<br>Telephone:  (206) 628-6600<br>Fax:  (206) 628-6611<br>E-mail: raliment@wkg.com<br>E-mail: lwilliams@wkg.com |

STIPULATED ORDER GRANTING DEFENDANT ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 3
(C05-5601FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1748436.1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Nigel Malden
    Davies Pearson PC

    Randy J. Aliment
    Lisa C. Williams
    Williams, Kastner & Gibbs PLLC

    s/Randy J. Aliment
    Randy J. Aliment, WSBA #11440
    Lisa C. Williams, WSBA #35446
    Attorneys for the School
    Williams, Kastner & Gibbs PLLC
    601 Union Street, Suite 4100
    Seattle, WA  98101-2380
    Telephone: (206) 628-6600
    Fax: (206) 628-6611
    E-mail: raliment@wkg.com
    E-mail: lwilliams@wkg.com

STIPULATED ORDER GRANTING DEFENDANT ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 4
(C05-5601FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1748436.1