|   |   |
|---|---|
| | Hon. Franklin D. Burgess<br>September 23, 2005<br>WITHOUT ORAL ARGUMENT |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELLY REED,<br><br>        Plaintiff,<br><br>    v.<br><br>CORINTHIAN COLLEGES, INC., a Delaware corporation, doing business in Washington as BRYMAN COLLEGE,<br><br>        Defendant. | NO. C05-5601FDB<br><br>STIPULATED ORDER GRANTING DEFENDANT ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 23, 2005** |

## I. <u>STIPULATION</u>

COME NOW Plaintiff and Defendant, through their undersigned counsel of record, and hereby stipulate that:

1. Defendant's response to Plaintiff's Complaint currently must be filed on or before September 23, 2005;

2. The Parties are currently attempting to reach an agreement whereby Plaintiff would agree to submit her claims for arbitration and dismiss this current matter but both Parties need additional time to consider this issue; and

3. The amount of time Defendant has to respond to Plaintiff's Complaint should be extended until Friday, September 30, 2005.

STIPULATED ORDER GRANTING DEFENDANT ADDITIONAL
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 1
(C05-5601FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1748436.1

RESPECTFULLY SUBMITTED this 23rd day of September, 2005.

By _____
   Nigel Malden, WSBA #15643
Attorneys for Plaintiffs
Davies Pearson, PC
920 Fawcett
Tacoma, WA 98401
Telephone: (253) 620-1500
Fax: (253) 572-3052
E-mail: nmalden@dpearson.com

By s/Randy J. Aliment
   Randy J. Aliment, WSBA #11440
   Lisa C. Williams, WSBA #35446
Attorneys for the School
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
E-mail: raliment@wkg.com
E-mail: lwilliams@wkg.com

STIPULATED ORDER GRANTING DEFENDANT ADDITIONAL
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 2
(C05-5601FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1748436.1

## II. ORDER

THIS MATTER having come before the Court on the foregoing Stipulation of the Parties, and the Court finding good cause, now, therefore, it is hereby ORDERED as follows:

The amount of time Defendant has to respond to Plaintiff's Complaint shall be extended until Friday, September 30, 2005.

DONE this 28th day of September 2005.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

By_____
   Nigel Malden, WSBA #15643
Attorneys for Plaintiffs
Davies Pearson, PC
920 Fawcett
Tacoma, WA  98401
Telephone:  (253) 620-1500
Fax:  (253) 572-3052
E-mail: nmalden@dpearson.com

s/Randy J. Aliment
Randy J. Aliment, WSBA #11440
Lisa C. Williams, WSBA #35446
Attorneys for the School
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
E-mail: raliment@wkg.com
E-mail: lwilliams@wkg.com

STIPULATED ORDER GRANTING DEFENDANT ADDITIONAL
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 3
(C05-5601FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1748436.1

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Nigel Malden
  Davies Pearson PC

  Randy J. Aliment
  Lisa C. Williams
  Williams, Kastner & Gibbs PLLC

         s/Randy J. Aliment
         Randy J. Aliment, WSBA #11440
         Lisa C. Williams, WSBA #35446
         Attorneys for the School
         Williams, Kastner & Gibbs PLLC
         601 Union Street, Suite 4100
         Seattle, WA  98101-2380
         Telephone:  (206) 628-6600
         Fax:  (206) 628-6611
         E-mail: raliment@wkg.com
         E-mail: lwilliams@wkg.com

STIPULATED ORDER GRANTING DEFENDANT ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 4
(C05-5601FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 (Tacoma)
(206) 628-2420 (Seattle)

1748436.1